IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 19 2018 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AZAD DZHABAROV, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br>ARS NATIONAL SERVICES INC.<br>Defendant. | Case No. 1:18-cv-04512-ENV-CLP<br>**NOTICE OF VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
         December 17, 2018

                                        Respectfully submitted,

                                        By: /s/ Daniel Cohen
                                        Daniel Cohen, Esq.
                                        Cohen & Mizrahi LLP
                                        300 Cadman Plaza W, 12th floor
                                        Brooklyn, New York 11201
                                        Phone: (929) 575-4175
                                        Fax:   (929) 575-4195
                                        Email: Dan@cml.legal
                                        *Attorneys for Plaintiff*

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
Dated: 12/18/18

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge